# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

143

CA 11-01199

PRESENT: SMITH, J.P., FAHEY, CARNI, SCONIERS, AND GORSKI, JJ.

---

RUSSELL YOUKER, PLAINTIFF-RESPONDENT,
ET AL., PLAINTIFF,

                          V                                    ORDER

VILLAGE OF DOLGEVILLE, VILLAGE OF DOLGEVILLE
POLICE DEPARTMENT, DEFENDANTS-APPELLANTS,
ET AL., DEFENDANTS.
(ACTION NO. 1.)
------------------------------------------
VILLAGE OF DOLGEVILLE, PLAINTIFF,

                          V

THE NEW YORK MUNICIPAL INSURANCE
RECIPROCAL, DEFENDANT.
(ACTION NO. 2.)
(APPEAL NO. 2.)

---

LEMIRE JOHNSON, LLC, MALTA (GREGG T. JOHNSON OF COUNSEL), FOR
DEFENDANTS-APPELLANTS.

CHRISTOPHER J. PELLI, UTICA, FOR PLAINTIFF-RESPONDENT.

MCLANE SMITH AND LASCURETTES, LLP, UTICA (TODD M. LASCURETTES OF
COUNSEL), FOR PLAINTIFF VILLAGE OF DOLGEVILLE.

CONGDON FLAHERTY O'CALLAGHAN REID DONLON TRAVIS & FISHLINGER,
UNIONDALE (RICHARD NICOLELLO OF COUNSEL), FOR DEFENDANT THE NEW YORK
MUNICIPAL INSURANCE RECIPROCAL.

---

        Appeal from an order of the Supreme Court, Herkimer County
(Anthony F. Shaheen, J.), entered November 18, 2010.  The order
granted in part the motion of plaintiff-respondent for reargument.

        Now, upon reading and filing the stipulation of withdrawal signed
by the attorneys for the parties on February 3, 26 and 29, 2012 and
March 5 and 7, 2012,

        It is hereby ORDERED that said appeal is dismissed without costs
upon stipulation.

All concur except GORSKI, J., who is not participating.